E-FILED
Friday, 24 April, 2026  02:19:40 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER B., | |
| *Plaintiff,* | |
| v. | Case No. 1:26-cv-01067-RLH |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| *Defendant.* | |

### ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of the Plaintiff. On remand, the ALJ should give further consideration to the medical source opinions and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 404.1520c. The ALJ should offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

*So ordered.*

Entered this 23rd day of April 2026.

s/ Ronald L. Hanna
Ronald L. Hanna
United States Magistrate Judge